PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| WILLIE BUSH,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:22-cv-00718-ADA-GSA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 14 days to respond to Plaintiff's Opening Brief in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    The Commissioner's response to Plaintiff's Opening Brief is due February 9, 2023. This is Defendant's second request for an extension of this deadline.

    2.    Counsel for the Commissioner has referred this matter to his client for potential settlement authority. Counsel for the Commissioner is informed that a brief additional extension is necessary for his client to fully consider the issues raised in Plaintiff's brief. Counsel for the Commissioner believes

that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until February 23, 2022, respond to Plaintiff's Opening Brief.

Date: *February 8, 2023*   PEÑA & BROMBERG, PLC

By:   */s/ Caspar Chan for Jonathan Pena\**
JONATHAN PENA
*\*Authorized by email on February 8, 2023*
Attorneys for Plaintiff

Date: *February 8, 2023*   PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **February 8, 2023**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE